```
 1  TOBIN & TOBIN
    PAUL E. GASPARI, ESQ., SBN #76496
 2  GREGORY J. RYKEN, ESQ., SBN # 058199
    DANIEL C. ZAMORA, ESQ., SBN # 224375
 3  500 Sansome Street, 8th Floor
    San Francisco, CA 94111-3211
 4  Telephone:   (415) 433-1400
    Facsimile:   (415) 433-3883
 5  Email:  pgaspari@tobinlaw.com
            gryken@value.net
 6          dzamora@tobinlaw.com

 7  Attorneys for Plaintiff,
    BETTER HOMES REALTY, INC.
 8
```

FILED 07 JUN 12 PM 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER HOMES REALTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE VECCHIO, VRI REALTY, INC., <br><br> Defendants. | CASE No. C 07 3058 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

- 1 -

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

Dated: June 12, 2007

TOBIN & TOBIN

By: _____
Paul E. Gaspari
Attorneys for Plaintiff
BETTER HOMES REALTY, INC.

H:\PEG\Better Homes Realty\CertificationEntities.doc

- 2 -
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**