1   BRUCE H. SALES (*Pro Hac Vice Pending*)
2   GREGG A. PARADISE (*Pro Hac Vice Pending*)
    LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK LLP
3   100 South Avenue West
    Westfield, NJ 07090
4   Telephone: (908) 654-5000
    Facsimile: (908) 658-7866
5
6   KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
    MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
7   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
    114 Sansome Street, 4th Floor
8   San Francisco, CA 94104
    Telephone: (415) 249-8330
9   Facsimile: (415) 249-8333

10  Attorneys for Defendants
    LAWRENCE VECCHIO and VRI REALTY, INC.
11
12  PAUL E. GASPARI (SBN 76496) pgaspari@tobinlaw.com
    GREGORY J. RYKEN (SBN 058199) gryken@value.net
13  DANIEL C. ZAMORA (SBN 224375) dzamora@tobinlaw.com
    TOBIN & TOBIN
14  500 Sansome Street, 8th Floor
    San Francisco, CA 94111-3211
15  Telephone: (415) 433-1400
    Facsimile: (415) 433-3883
16
17  Attorneys for Plaintiff,
    BETTER HOMES REALTY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| BETTER HOMES REALTY, INC., | Case No.: C 07 3058 HRL |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO ANSWER OR FILE OTHER RESPONSIVE PLEADING** |
| LAWRENCE VECCHIO, VRI REALTY, INC., | |
| Defendants. | |

1

The Complaint in the above identified matter was served upon Defendants Lawrence Vecchio and VRI Realty, Inc. ("Defendants") on June 26, 2007, with Defendants' response to the Complaint originally due on July 16, 2007. Pursuant to Civil Local Rule 6-1(a), Plaintiff Better Homes Realty, Inc. ("Plaintiff) and Defendants hereby stipulate and agree that Defendants' time to answer or otherwise respond to the Complaint shall be extended to August 15, 2007. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: July 19, 2007                                        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
    MICHAEL D. LISI
    Attorneys for Defendants LAWRENCE
    VECCHIO and VRI REALTY, INC.


Dated: July 19, 2007                                        TOBIN & TOBIN


By: _____/s/_____
    PAUL E. GASPARI
    Attorneys for Plaintiff BETTER HOMES
    REALTY, INC.

I hereby attest that I have been authorized by Paul E. Gaspari to execute on his behalf this Stipulation to Extend Time to Answer or File Other Responsive Pleadings.

Executed on this 19th day of July, 2007 at San Francisco, California.


                                                    _____/s/ Michael D. Lisi_____
                                                         MICHAEL D. LISI

81079

2

STIPULATION TO EXTEND TIME TO ANSWER
OR FILE OTHER RESPONSIVE PLEADING
CASE NO.: C 07 3058 HRL