1  TOBIN & TOBIN
   PAUL E. GASPARI, ESQ., SBN #76496
2  GREGORY J. RYKEN, ESQ., SBN # 058199
   DANIEL C. ZAMORA, ESQ., SBN # 224375
3  500 Sansome Street, 8th Floor
   San Francisco, CA  94111-3211                    *E-FILED: 9.5.2007*
4  Telephone:   (415) 433-1400
   Facsimile:   (415) 433-3883
5  Email:   pgaspari@tobinlaw.com
            gryken@value.net
6           dzamora@tobinlaw.com

7  Attorneys for Plaintiff,
   BETTER HOMES REALTY, INC.
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11 | BETTER HOMES REALTY, INC.,           | CASE No.  C07 3058 HRL
12 |              Plaintiff,              |
13 |        v.                            | **STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT**
14 | LAWRENCE VECCHIO, VRI REALTY, INC.,  | **CONFERENCE AND INITIAL DISCLOSURE PERIOD**
15 |              Defendants.             |

- 1 -

STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
INITIAL DISCLOSURE PERIOD – Case No. C07 3058 HRL

1  WHEREAS the Initial Case Management Conference in this action is currently scheduled
2  for September 18, 2007;
3  WHEREAS, initial disclosures are currently scheduled to be made on, and the Joint Case
4  Management Statement must currently be filed by, September 9, 2007;
5  WHEREAS plaintiff BETTER HOME REALTY, INC. ("Plaintiff") and Defendants
6  LAWRENCE VECCHIO and VRI REALTY, INC. ("Defendants") desire to privately discuss
7  settlement of this matter, and believe that such discussion may lead to resolution of the entire
8  action;
9  WHEREAS Plaintiff and Defendants have agreed to meet in person during week of
10  September 13, 2007 to discuss settlement;
11  WHEREAS, during the pendency of these informal settlement discussions, Plaintiff and
12  Defendants both desire to avoid the additional attorneys' fees and costs of preparing initial
13  disclosures, drafting a Joint Case Management Statement and appearing at the Case Management
14  Conference;
15  THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants,
16  through their respective counsel of record, that the Initial Case Management Conference be
17  continued to Tuesday, October 23, 2007 at 1:30 p.m. in Courtroom 2, the Hon. Howard R. Lloyd
18  presiding.
19  IT IS FURTHER STIPULATED that initial disclosure due date and the due date for filing
20  the Joint Case Management Statement, respectively, be continued to October 16, 2007.

Dated: September 4, 2007                    TOBIN & TOBIN


                                            By: /s/_____
                                               Paul E. Gaspari, Esq. SBN 76496
                                               Attorneys for Plaintiff
                                               BETTER HOMES REALTY, INC.

- 2 -
STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
INITIAL DISCLOSURE PERIOD – Case No. C07 3058 HRL

Dated: September 4, 2007					KRIEG, KELLER, et al.


							By: /s/_____
							Kenneth Keller, Esq. SBN 71450
							Attorneys for Defendants
							LAWRENCE VECCHIO and
							VRI REALTY, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: September 5, 2007					_____
							Hon. Howard R. Lloyd
							United States Magistrate Judge