1 | BRUCE H. SALES (*Pro Hac Vice Pending*)
2 | GREGG A. PARADISE (*Pro Hac Vice Pending*)
  | LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK LLP
3 | 100 South Avenue West
  | Westfield, NJ  07090
4 | Telephone:  (908) 654-5000
  | Facsimile:   (908) 658-7866
5 |
6 | KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
  | MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
7 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
  | 114 Sansome Street, 4th Floor
8 | San Francisco, CA  94104
  | Telephone:  (415) 249-8330
9 | Facsimile:   (415) 249-8333
10 | Attorneys for Defendants
   | LAWRENCE VECCHIO and VRI REALTY, INC.
11 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| BETTER HOMES REALTY, INC., | ) | Case No.:  C 07 3058 HRL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| LAWRENCE VECCHIO, VRI REALTY, INC., | ) | |
| Defendants. | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  September 11, 2007        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:  _____/s/_____
KENNETH E. KELLER
Attorneys for Defendants LAWRENCE VECCHIO and VRI REALTY, INC.

1

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO.:  C 07 3058 HRL