UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Better Homes Realty, Inc., | No. C07-03058 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Lawrence Vecchio, et. al., | |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 23, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: September 12, 2007

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Kenneth E. Keller     kkeller@kksrr.com, alau@kksrr.com

Michael David Lisi     mlisi@kksrr.com, jmorla@kksrr.com

Gregory Joseph Ryken     gryken@value.net

Daniel C. Zamora     dzamora@tobinlaw.com, gbroome@tobinlaw.com

**United States District Court**
For the Northern District of California