**United States District Court**
**Northern District of California**

| | |
|---|---|
| Better Homes Realty, Inc., | 07-03058 PJH |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Vecchio, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03058 PJH                                             -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: October 10, 2007
9                                          RICHARD W. WIEKING
                                            Clerk
10                                          by:    Timothy J. Smagacz

                                            *Timothy Smagacz*
12                                          _____
                                            ADR Administrative Assistant
                                            415-522-4205
13                                          Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03058 PJH                              -2-

PROOF OF SERVICE

Case Name:        Better Homes Realty, Inc. v. Vecchio

Case Number:      07-03058 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 10, 2007, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Daniel C. Zamora
> Attorney at Law
> 500 Sansome Street, 8th Floor
> San Francisco, CA 94111
> dzamora@tobinlaw.com
>
> Gregory Joseph Ryken
> Tobin & Tobin
> 500 Sansome Street
> Eighth Floor
> San Francisco, CA 94111-3214
> gryken@value.net
>
> Paul E. Gaspari
> Tobin & Tobin
> 500 Sansome Street
> Eighth Floor
> San Francisco, CA 94111-3214
>
> Michael David Lisi
> Krieg Keller Sloan Reilley & Roman

114 Sansome Street
4th Floor
San Francisco, CA 94104
mlisi@kksrr.com

Kenneth E. Keller
Krieg Keller Sloan Reilley & Roman LLP
114 Sansome Street
4th Floor
San Francisco, CA 94104
kkeller@kksrr.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 10, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov