TOBIN & TOBIN
PAUL E. GASPARI, ESQ., SBN #76496
GREGORY J. RYKEN, ESQ., SBN # 058199
DANIEL C. ZAMORA, ESQ., SBN # 224375
500 Sansome Street, 8th Floor
San Francisco, CA  94111-3211
Telephone:     (415) 433-1400
Facsimile:      (415) 433-3883
Email:   pgaspari@tobinlaw.com
         gryken@value.net
         dzamora@tobinlaw.com

Attorneys for Plaintiff,
BETTER HOMES REALTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER HOMES REALTY, INC., | CASE No.  C07 3058 HRL |
| Plaintiff, | |
| v. | **STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURE PERIOD, AND ADR CERTIFICATION** |
| LAWRENCE VECCHIO, VRI REALTY, INC., | |
| Defendants. | |

- 1 -

STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE,
INITIAL DISCLOSURE PERIOD, AND ADR CERTIFICATION – Case No. C07 3058 HRL

WHEREAS the Initial Case Management Conference in this action is currently scheduled for November 29, 2007;

WHEREAS, initial disclosures are currently scheduled to be made on, and the Joint Case Management Statement must currently be filed by, October 21, 2007;

WHEREAS plaintiff BETTER HOME REALTY, INC. ("Plaintiff") and Defendants LAWRENCE VECCHIO and VRI REALTY, INC. ("Defendants") by and through their principals, have been, and are still, negotiating the details of a licensing agreement, which licensing agreement will become the centerpiece of an expected settlement of this entire action;

WHEREAS, both Plaintiff and Defendant wish to continue with their negotiations regarding the licensing agreement and are optimistic that such an agreement will result in settlement of the entire action;

WHEREAS, during the pendency of their negotiations, Plaintiff and Defendants both desire to avoid the additional attorneys' fees and costs of preparing initial disclosures, drafting a Joint Case Management Statement, selecting a form of ADR, and appearing at the Case Management Conference;

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel of record, that the Initial Case Management Conference be continued to Thursday, December 27, 2007 at 2:30 p.m. in Courtroom 2, the Hon. Phyllis J. Hamilton presiding.

IT IS FURTHER STIPULATED that initial disclosure due date and the due date for filing the Joint Case Management Statement, respectively, be continued to December 20, 2007, and that the due date for filing the ADR Certification be continued to December 13, 2007.

Dated: November 15, 2007                     TOBIN & TOBIN


                                             By: /s/_____
                                                 Paul E. Gaspari, Esq. SBN 76496
                                                 Attorneys for Plaintiff
                                                 BETTER HOMES REALTY, INC.

| | | |
|---|---|---|
| 1 | Dated: November 15, 2007 | KRIEG, KELLER, et al. |
| 2 | | |
| 3 | | By: /s/_____ |
| 4 | | Kenneth E. Keller, Esq. SBN 71450<br>Attorneys for Defendants<br>LAWRENCE VECCHIO and |
| 5 | | VRI REALTY, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Phyllis J. Hamilton
United States Magistrate Judge

PROOF OF SERVICE

CASE NAME: <u>Better Homes Realty, Inc. v. Lawrence Vecchio, et al.</u>
COURT: United States District Court, Northern District of California
CASE NO.: C07 3058 HRL

I, Glenda Broome, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3211.

On November 15, 2007, I served the documents described as: **STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURE PERIOD, AND ADR CERTIFICATION** on the parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Gregg A. Paradise, Esq.<br>Lerner, David, Littenberg, Krumholz & Mentlik, LLP<br>600 South Avenue West<br>Westfield, New Jersey 07090<br>Tel: (908) 654-5000<br>Fax: (908) 654-7866<br>***Attorneys for Defendants Lawrence Vecchio and VRI Realty, Inc.*** | Kenneth Keller, Esq.<br>Krieg Keller, et al., LLP<br>114 Sansome Street, Floor 4<br>San Francisco, California 94104-3803<br>Tel: (415) 249-8330<br>Fax: (415) 249-8333<br>***Attorneys for Defendants Lawrence Vecchio and VRI Realty, Inc.*** |

Service of the above document(s) was effectuated by the following means of service:

XX   **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

XX   **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this November 15, 2007, at San Francisco, California.

_____
Glenda Broome

H:\MJC\PROOFS OF SERVICE\PROOF OF SERVICE 003-USDC-BETTER HOMES V. VECCHIO.doc