1  TOBIN & TOBIN
   PAUL E. GASPARI, ESQ., SBN #76496
2  GREGORY J. RYKEN, ESQ., SBN # 058199
   DANIEL C. ZAMORA, ESQ., SBN # 224375
3  500 Sansome Street, 8th Floor
   San Francisco, CA  94111-3211
4  Telephone:    (415) 433-1400
   Facsimile:    (415) 433-3883
5  Email:   pgaspari@tobinlaw.com
            gryken@value.net
6           dzamora@tobinlaw.com

7  Attorneys for Plaintiff,
   BETTER HOMES REALTY, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | BETTER HOMES REALTY, INC.,         | CASE No.  C07 3058 PJH
12 |          Plaintiff,                |
13 |     v.                             | **STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURE PERIOD, AND ADR CERTIFICATION**
14 | LAWRENCE VECCHIO, VRI REALTY, INC.,|
15 |          Defendants.               |

- 1 -

WHEREAS the Initial Case Management Conference in this action is currently scheduled for January 3, 2008;

WHEREAS, initial disclosures are currently scheduled to be made on, and the Joint Case Management Statement must currently be filed by, December 27, 2007;

WHEREAS, the ADR Certification must currently be filed on December 20, 2007;

WHEREAS plaintiff BETTER HOME REALTY, INC. ("Plaintiff") and Defendants LAWRENCE VECCHIO and VRI REALTY, INC. ("Defendants") by and through their principals, have been, and are still, negotiating the details of a comprehensive settlement agreement, which will incorporate both a licensing agreement and a franchise agreement;

WHEREAS, Plaintiff has provided draft documentation to Defendant's counsel, and both Plaintiff and Defendant wish to continue with their negotiations regarding the licensing and franchise agreements and are optimistic that such an agreement will result in settlement of the entire action;

WHEREAS, during the pendency of their negotiations, Plaintiff and Defendants both desire to avoid the additional attorneys' fees and costs of preparing initial disclosures, drafting a Joint Case Management Statement, selecting a form of ADR, and appearing at the Case Management Conference;

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel of record, that the Initial Case Management Conference be continued to Thursday, February 7, 2008 at 2:30 p.m. in Courtroom 2, the Hon. Phyllis J. Hamilton presiding.

IT IS FURTHER STIPULATED that initial disclosure due date and the due date for filing the Joint Case Management Statement, respectively, be continued to January 31, 2008, and that the due date for filing the ADR Certification be continued to January 24, 2008.

| | | |
|---|---|---|
| 1 | Dated: December 20, 2007 | TOBIN & TOBIN |
| 2 | | |
| 3 | | By: /s/_____ |
| 4 | | Paul E. Gaspari, Esq. SBN 76496<br>Attorneys for Plaintiff<br>BETTER HOMES REALTY, INC. |
| 5 | | |
| 6 | Dated: December 20, 2007 | KRIEG, KELLER, et al. |
| 7 | | |
| 8 | | By: /s/_____ |
| 9 | | Kenneth E. Keller, Esq. SBN 71450<br>Attorneys for Defendants<br>LAWRENCE VECCHIO and |
| 10 | | VRI REALTY, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                            Hon. Phyllis J. Hamilton
                                            United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE,
INITIAL DISCLOSURE PERIOD, AND ADR CERTIFICATION – Case No. C07 3058 HRL