# TOBIN & TOBIN
A PROFESSIONAL CORPORATION

500 SANSOME STREET
EIGHTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3214
FACSIMILE (415) 433-3883
(415) 433-1400

JOHN P. CHRISTIAN
jchristian@tobinlaw.com

RICHARD TOBIN (1852-1887)
ROBERT TOBIN (1875-1889)
CYRIL R. TOBIN (1905-1977)

February 6, 2008

The Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
Courtroom 2
San Francisco, CA 94102

**By E-Filing**

Re:  Better Homes Realty, Inc. vs. Lawrence Vecchio, et al.
     Case Number: C07-3058 PJH

Dear Judge Hamilton:

This letter follows the conference call held this afternoon by and between Gregg Paradise, counsel for the Defendants, myself as counsel for Plaintiff BHR, and Nichole Heuerman of your staff.

The parties have reached a final settlement of this matter, and in lieu of an appearance at tomorrow afternoon's Case Management Conference, the parties request a 60 day conditional dismissal order while we execute the final settlement documentation.

Thank you for your consideration of this request.

Very truly yours,

TOBIN & TOBIN

John P. Christian

JPC/gb

cc: Gregg A. Paradise, Esq. (Counsel for Defendants)
    Michael Lisi, Esq. (Counsel for Defendants)

H:\JPC\Judge Hamilton020608ltr.doc